**FILED**

01/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0708

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 22-0708

| | |
|---|---|
| In re the Marriage of:<br><br>MARY-ELLEN CORREIA,<br><br>                Petitioner/Appellee,<br><br>v.<br><br>BENNIDICT MAJELLA MURPHY,<br><br>             Respondent/Appellant. | **ORDER GRANTING UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL** |

Upon the foregoing Unopposed Motion to Voluntarily Dismiss Appeal filed by Respondent/Appellant, with good cause appearing, and no objection from Petitioner/Appellee Ms. Correia,

IT IS ORDERED that this appeal is hereby dismissed.

cc: William J. Lower
     Jane Cowley
     Marybeth Sampsel

ORDER                             1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 13 2023